ANTHONY J. NICOLETTI, Appellant, v. SANDRA B. NICOLETTI, Respondent.— In an action in which a judgment of the Supreme Court, Nassau County, was entered on May 7, 1973, granting defendant a separation, upon her counterclaim, plaintiff appeals (1) from an order of said court, dated March 20, 1973, which denied his motion to set aside a stipulation settling certain of the issues, and (2) from so much of the judgment as awarded defendant alimony and child support in the sum of $625 per month, adjudged that the stipulation shall survive the judgment and provided for the specific enforcement of the provisions of the settlement. Order affirmed, without costs. Judgment modified, on the law, by striking therefrom the seventh decretal paragraph in its entirety. As so modified, judgment affirmed insofar as appealed from, without costs. In our opinion, it was error to provide in the judgment that the stipulation shall survive and not be merged in the judgment, since there was no reservation in the stipulation that it should endure after the entry of the judgment (*Kunker v. Kunker*, 230 App. Div. 641). Hopkins, Acting P. J., Munder, Martuscello, Shapiro and Brennan, JJ., concur.

BRIAN O'DONNELL et al., Appellants, v. ARTHUR A. ANTIN et al., Respondents.— In an action for declaratory and injunctive relief, plaintiffs appeal from an order and judgment (one paper) of the Supreme Court, Westchester County, dated July 23, 1973, which denied their motion for a preliminary injunction and, without a trial, declared the rights of the parties. Order and judgment modified by striking therefrom all the decretal provisions other than that which denied plaintiffs' motion for a preliminary injunction. As so modified, order and judgment affirmed, with $20 costs and disbursements. In our opinion, before the rights of the parties may be declared, a trial must be held upon plaintiffs' claim of a denial of their right to equal protection of the laws. Hopkins, Acting P. J., Latham, Shapiro, Gulotta and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD J. ABRAMOWSKI, Appellant.— Judgment of the County Court, Suffolk County, rendered March 30, 1973, affirmed (*People v. Haney*, 30 N Y 2d 328; *People v. Pugh*, 36 A D 2d 845, affd. 29 N Y 2d 909). The case is remitted to the County Court, Suffolk County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, P. J., Hopkins, Munder, Shapiro and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX HALKIAS, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County, imposed November 21, 1972. Sentence affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.